| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>BRORBY, WADE | 2. Court or Organization<br><br>Tenth Circuit | 3. Date of Report<br><br>05/30/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>P.O. Box 1028<br>Cheyenne, WY 82003 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 05/30/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 11/25/07 | Prudential Insurance - Policy Dividend - See Part VIII, 2. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 05/30/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 05/30/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Acadian Emerging Markets Portfolio | A | Dividend | J | T | | | | | |
| 2. Accessor Small to Mid Cap Fund | A | Dividend | | | Sell | 4/9 | K | | |
| 3. Avonworth PA SC (bond) | A | Interest | K | T | | | | | |
| 4. Bank of America (stock) | A | Dividend | J | T | | | | | |
| 5. BBH Inflation Indexed Securities Fund - Class N | A | Dividend | J | T | | | | | |
| 6. Black & Decker (stock) | A | Dividend | J | T | | | | | |
| 7. Campbell County Abstract Co. (stock) | C | Dividend | K | W | | | | | |
| 8. Campbell County Oil Royalty | A | Royalty | J | W | | | | | |
| 9. Charles Schwab - 1000 Fund | A | Dividend | J | T | | | | | |
| 10. Charles Schwab Cash Reserve Sweep Shares ** | B | Dividend | J | T | | | | | |
| 11. Charles Schwab - MM Fund | A | Interest | K | T | | | | | |
| 12. Charles Schwab - Municpal MM Fund (tax free) ** | A | Dividend | J | T | | | | | |
| 13. Charles Schwab Premier Equity Investor Shares | A | Dividend | J | T | Buy | 1/9 | L | | |
| 14. | | | | | Sell | 1/9 | L | | |
| 15. Charles Schwab - Small Cap Index Fund | B | Dividend | K | T | | | | | |
| 16. Charles Schwab - Value Advantage Money Fund | A | Dividend | | | Sell | 2/20 | J | | |
| 17. | | | | | Sell | 2/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 05/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | J | T | Buy | 10/26 | J | | |
| 19.  Charles Schwab Yield Plus Inv. Shares | A | Dividend | K | T | Buy | 7/18 | K | | |
| 20. | | | | | Sell | 10/24 | J | | |
| 21.  Clipper Fund | A | Dividend | J | T | | | | | |
| 22.  Dodge & Cox Intl Stock Fund | A | Dividend | J | T | Buy | 4/9 | J | | |
| 23.  Exxon Mobil Corp. (stock) | A | Dividend | J | T | | | | | |
| 24.  Federal Homeowner Lending Mortgage | A | Interest | J | T | | | | | |
| 25.  Federal Home Loan Bank (notes) | B | Dividend | K | T | | | | | |
| 26.  Federal National Mortgage | A | Interest | K | T | | | | | |
| 27.  First National Bank of Gillette - various bank accounts | B | Interest | L | T | | | | | |
| 28.  Ishares TR Cohen & Steers Realty Majors Index Fund | A | Dividend | J | T | | | | | |
| 29.  Ishares TR Russell 2000 Index Fund | A | Dividend | J | T | Buy | 7/18 | J | | |
| 30.  Ishares Trust S&P 500 Index | A | Dividend | J | T | Buy | 2/21 | J | | |
| 31. | A | Dividend | | | Sell | 4/9 | J | | |
| 32.  Jensen Portfolio (fund) | A | Dividend | K | T | | | | | |
| 33.  Johnson & Johnson (stock) | A | Dividend | J | T | | | | | |
| 34.  Julius Baer Int'l Equity Fund A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 05/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Laudus US Discovery Fund | A | Dividend | | | Sell | 10/24 | J | | |
| 36. Lehman Brothers Aggregate Bond Fund | A | Interest | J | T | Buy | 2/21 | J | | |
| 37. | | | | | Buy | 2/21 | J | | |
| 38. | | | | | Buy | 2/21 | J | | |
| 39. | | | | | Buy | 2/21 | J | | |
| 40. Loomis Sayles Bond Fund | A | Dividend | K | T | Buy | 4/9 | K | | |
| 41. | | | | | Buy | 7/18 | K | | |
| 42. Maricopa County, AZ (bond) | B | Interest | K | T | | | | | |
| 43. Merrill Lynch | A | Dividend | K | T | Buy | 4/9 | K | | |
| 44. Morgan Stanley | A | Dividend | K | T | Buy | 4/9 | K | | |
| 45. Nuveen Preferred & Convertible (stock) | A | Dividend | J | T | | | | | |
| 46. Peoria, AZ (bond) | A | Interest | K | T | | | | | |
| 47. Pimco Total Return Fund - Class D | A | Dividend | J | T | | | | | |
| 48. Prudential Insurance Co. (stock) | A | Dividend | J | T | | | | | |
| 49. Rainier Small/Mid Cap (fund) | A | Dividend | J | T | | | | | |
| 50. Rainier Small/Mid Cap Equity Fund | A | Dividend | J | T | | | | | |
| 51. Rydex Technology Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BRORBY, WADE | 05/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   UMB Scout International Fund | A | Dividend | J | T | | | | | |
| 53.   UMB Scout Worldwide Mutual Fund | A | Dividend | | | Sell | 4/9 | K | | |
| 54.   Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 55.   Wells Fargo - various bank accounts | B | Interest | K | T | | | | | |
| 56.   West Contra Costa, CA (bond) | B | Interest | L | T | | | | | |
| 57.   Wilmington, DE (bond) | B | Interest | K | T | | | | | |
| 58.   Wyo. Bank & Trust - various accounts | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

1. Our assets are owned by the ▮▮▮ Revocable Trust or the Wade Brorby Irrevocable Insurance Trust or in the individual name of ▮▮▮ myself ▮▮▮▮▮ ▮▮▮▮▮▮.

2. ▮▮▮▮▮, as trustee, owns a whole life policy insuring my life. The insurer is Prudential Insurance Company. As this policy is not held as an investment, the policy income received is reported under Part III (Non-Investment Income).

3. Most of our investments are managed by Charles Schwab & Co. under a service described as Schwab Private Client.

4. ** This fund is a holding fund. All income from the various investments held by Schwab is paid into this fund. When the total of the monies in this fund becomes sufficient, additional investments are then purchased. All income paid into this fund is reflected on the line item of the source investment; i.e., the investment paying the dividend or interest which went into this fund. All investments purchased with monies from this fund are reflected on the appropriate line item. As there are many "buys" (money from investments) and "sells" (money used to purchase another investment), I have not set forth each transaction with this fund; however, all transactions are reflected under the source investment or the newly purchased investments. To set forth each transaction in this fund would, in fact, result in overstating both income and assets. The income reflected in the line item for this fund is only the income earned directly from this fund based upon the money actually in the fund.

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 05/30/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) BRORBY, WADE | 2. Court or Organization Tenth Circuit | 3. Date of Report 07/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address P.O. Box 1028 Cheyenne, WY 82003 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 (See Part VIII Explanation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 JUL 10 P 1:17 RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 11/25/07 | Prudential Insurance - Policy Dividend - See Part VIII |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 07/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1: | D | Dividend | N | T | | | | | |
| 2. --Acadian Emerging Markets Portfolio (AEMGX) | | | | | | | | | |
| 3. --Accessor Small to Mid Cap Fund (ASMCX) | | | | | Sell | 4/9 | K | A | |
| 4. --BBH Real Return/Inflation Indexed Securities Fund (BBHIX) | | | | | | | | | |
| 5. --Dodge & Cox Intl Stock Fund (DODFX) | | | | | Buy | 4/9 | J | | |
| 6. --Exxon Mobil Corp. (stock) (XOM) | | | | | | | | | |
| 7. --Ishares TR Lehman Aggregate Bond Fund (AGG) | | | | | Buy | 2/21 | J | | |
| 8. --Ishares Trust S & P 500 Index Fund (IVV) | | | | | Buy | 2/21 | J | | |
| 9. | | | | | Partial Sale | 4/9 | K | A | |
| 10. --Johnson & Johnson (stock) (JNJ) | | | | | | | | | |
| 11. --Julius Baer Int'l Equity Fund Cl A (BJBIX) | | | | | | | | | |
| 12. --Loomis Sayles Bond Fund (LSBRX) | | | | | Buy | 4/9 | K | | |
| 13. --Merrill Lynch 6.45% (MER+K) | | | | | Buy | 4/9 | K | | |
| 14. --Morgan Stanley 6.6% Cap Trust (MSZ) | | | | | Buy | 4/9 | K | | |
| 15. --Nuveen Multi Strat Incrm (JPC) | | | | | | | | | |
| 16. --Pimco Total Return Fund Class D (PTTDX) | | | | | | | | | |
| 17. --Schwab Premier Equity Select (Investor) Shares (SWPSX) | | | | | Buy | 1/9 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Partial Sale | 1/9 | L | | |
| 19. --Schwab Value Advantage Money Fund (SWVXX) | | | | | Sale | 2/20 | J | | |
| 20. | | | | | Sale | 2/20 | J | | |
| 21. --Schwab Yield Plus Inv. Shares (SWYPX) | | | | | Partial Sale | 10/24 | J | A | |
| 22. --UMB Scout International Fund (UMBWX) | | | | | Partial Sale | 4/9 | K | A | |
| 23. TRUST #1: | E | Int./Div. | O | T | | | | | |
| 24. --Avonworth PA School Bond | | | | | | | | | |
| 25. --Bank of America Corp. (BAC) | | | | | | | | | |
| 26. --Black & Decker Corp. (BDK) | | | | | | | | | |
| 27. --Ishares TR Russell 2000 Index Fund (IWM) | | | | | Buy | 7/18 | J | | |
| 28. --Janus Growth & Income Fund (JAGIX) (X) | | | | | | | | | |
| 29. --Laudus U.S. Discovery Inv. (RDIVX) | | | | | | | | | |
| 30. --Loomis Sayles Bond Fund Cl R (LSBRX) | | | | | Buy | 7/18 | K | | |
| 31. --Maricopa County AZ 3.25% Bond | | | | | | | | | |
| 32. --Schwab Dividend Equity Select Shares (SWDSX) (X) | | | | | | | | | |
| 33. --Schwab Large Cap Growth Fund (SWLNX) (X) | | | | | | | | | |
| 34. --Schwab Tax Free Yield Plus (SWYTX) | | | | | Buy | 7/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Schwab Muni Money Fund (SWTXX) | | | | | | | | | |
| 36. --Schwab Muni Money Fund Sweep (SWXXX) ** | | | | | | | | | |
| 37. --Tweedy Browne Global Value (TBGVX) (X) | | | | | | | | | |
| 38. --UMB Scout International Fund (UMBWX) | | | | | | | | | |
| 39. --Vanguard Interterm Tax Exempt Fund (VWITX) | | | | | | | | | |
| 40. --West Contra Costa, CA Bond | | | | | | | | | |
| 41. --Wilmington DE 3.6% Bond | | | | | | | | | |
| 42. IRA #2: | B | Int./Div. | K | T | | | | | |
| 43. --Ishares TR Lehman Aggregate Bond Fund (AGG) | | | | | Buy | 2/21 | J | | |
| 44. --Laudus US Discovery Inv. (RDIVX) | | | | | Partial Sale | 10/24 | J | A | |
| 45. --Schwab Cash Reserves Sweep (SWXXX) ** | | | | | | | | | |
| 46. --UMB Scout International Fund (UMBWX) | | | | | | | | | |
| 47. TRUST #2: | A | Dividend | J | T | | | | | |
| 48. --Schwab Cash Reserves Sweep (SWSXX) ** | | | | | | | | | |
| 49. Campbell County Abstract (Stock) | C | Dividend | K | W | | | | | |
| 50. Campbell County Oil Royalty | A | Royalty | J | W | | | | | |
| 51. Clipper Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Federal Homeowner Lending Mortgage | A | Interest | J | T | | | | | |
| 53. Federal Home Loan Bank (Notes) | B | Dividend | K | T | | | | | |
| 54. Federal National Mortgage | A | Interest | K | T | | | | | |
| 55. First National Bank of Gillette (Various Bank Accounts) | B | Interest | L | T | | | | | |
| 56. Jensen Portfolio (Fund) | A | Dividend | K | T | | | | | |
| 57. Peoria, AZ (Bond) | A | Interest | K | T | | | | | |
| 58. Prudential Insurance Co. (Stock) | A | Dividend | J | T | | | | | |
| 59. Rainier Small/Mid Cap (Fund) | A | Dividend | J | T | | | | | |
| 60. Rainier Small/Mid Cap Equity Fund | A | Dividend | J | T | | | | | |
| 61. Rydex Technology Fund | A | Dividend | J | T | | | | | |
| 62. Wells Fargo (Various Bank Accounts) | B | Interest | K | T | | | | | |
| 63. Wyo. Bank & Trust (Various Accounts) | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part I - It is my desire to amend my previous financial reports to show that I am a Co-trustee of Trust #1.

2. Part III - ███████ as trustee, owns a whole life policy insuring my life. The insurer is Prudential Insurance Company. As this policy is not held as an investment, the policy income received is reported under Part III (Non-Investment Income).

3. Part VII - Most of our investments are managed by Charles Schwab & Co. under a service described as Schwab Private Client.

4. Part VII - I have changed the organization of my report and now list ownership of most of my assets under Aggregate Ownership Arrangements. All assets not owned under such an arrangement are listed separately.

5. Part VII, lines 36, 45, 48 - The two funds designated with ** are merely holding funds. It should be noted that when income is received from a particular investment it is placed in one of two of these Schwab "sweep" funds. When new investments are purchased, funds are taken from one of these funds to pay for the new investment. These funds are the (1) Schwab Muni Money Fund Sweep (SWXXX); and (2) Schwab Cash Reserves Sweep Fund (SWSXX).

6. Part VII - Where possible I have included the commonly known stock symbols and stock names. This is a change from my previous reports and this change should help me avoid any mistakes on future reports.

7. Part VII, line 28 - Janus Growth & Income (JAGIX) was inadvertently omitted from my 2006 and 2007 Reports. It was purchased on 1/11/06. My 2006 Annual and Amended Reports are hereby amended to reflect this purchase with an income amount code of A in column B(1), Div. in column B(2), value code of K in column C(1), value method code of T in column C(2), and had a value code of K in column D(3).

8. Part VII, line 37 - Tweedy Browne Global Value (TBGVX) was inadvertently omitted from my previously filed 2007 Report. My 2006 Annual and Amended Reports are hereby amended to reflect that the 6/22/06 Sale shown on those reports was a Partial Sale, with a value code of J in column C(1) and a value method code of T in column C(2).

9. Part VII, lines 7 and 43 - The Ishares TR Lehman Aggregate Bond Fund (AGG) was previously listed under Lehman Brothers Aggregate Bond Fund. Multiple purchases were made under IRA#1 and IRA#2 on the same date (2/21) and have been combined into one listing under each Aggregate Ownership Arrangement. The value code in Column D(3) reflects the total value of assets purchased on that date.

10. Part VII - The Ishares TR Cohen & Steers Realty Majors Index Fund should not have appeared on the 2006 and 2007 reports as it was sold on 7/7/05. My 2005 report is hereby amended to reflect this sale and show a value code of K in column D(3), and a gain code of C in column D(4).

11. Part. VII, line 15 - Nuveen Multi Strat Incrm (JPC) was identified as Nuveen Preferred & Convertible (stock) on previous reports.

12. Part VII - Charles Schwab accounts are now listed under Schwab.

13. Part VII - The Charles Schwab Small Cap Index Fund should not have been listed on my 2004-2007 Reports as it was sold on 4/21/03. My 2003 Annual Report is hereby amended to reflect this sale and show a value code of J in column D(3). There was a loss on the sale. Subsequent reports are hereby amended to omit this item from ownership.

14. Part VII - The Charles Schwab 1000 Fund should not have appeared on my previously filed 2007 Report as it was sold on 4/12/06. My 2006 Annual and Amended Reports are hereby amended to reflect this sale and show a value code of K in column D(3) and a gain code of C in column D(4).

15. Part VII, line 34 - Purchase of Schwab Tax Free Yeild Plus (SWYTX) on 7/18/07 reflected on this amended report was inadvertently listed as a purchase of Charles Schwab Yield Plus Inv. Shares (SWYPX) on my prevously filed 2007 Report.

16. Part VII, line 35 - The Schwab Muni Money Fund (SWTXX) was identified as Charles Schwab MM Fund on previous reports.

17. Part VII, line 32 - The Schwab Dividend Equity Select Shares (SWDSX) was inadvertently omitted from the 2004 through 2007 Reports. My 2004 Annual Report is hereby amended to reflect the Schwab Dividend Equity Select Shares (SWDSX) was purchased on 8/4/04 with an income amount code of A in column B(1), Div. in column B(2), a value code of K in column C(1), a value method code of T in column C(2), and a value code of K in column D(3). It was also purchased on 12/9/04 with an income code of A in column B(1), Div. in column B(2), a value code of J in column C(1), a value method code of T in column C(2), and a value code of J in column D(3). Subsequent reports are hereby amended to reflect ownership of this item with an income amount code of B in column B(1), Div. in column B(2), a value code of L in column C(1), and a value method code of T in column C(2).

18. Part VII, line 33 - The Schwab Large Cap Growth Fund (SWLNX) was inadvertently omitted from my 2006 Annual and Amended Reports and the previously filed 2007 Report. It was purchased on 1/11/06 and my 2006 Annual and Amended Reports are hereby amended to reflect a value code of K in column D(3). The following should have been reported on subsequent reports for this fund: Column B(1) is B; Column B(2) is Div.; Column C(1) is K; and Column C(2) is T.

19. Part VII, lines 9, 18, 21, 44 - The following Sales listed on the previously filed 2007 Report should have been listed as Partial Sales and have been corrected in this Amended Report: Ishares Trust S&P 500 Index Fund (IVV) (4/9 Sale); Schwab Premier Equity Select Investor Shares (SWPSX) (1/9 Sale); Schwab Yield Plus Inv. Shares (SWYPX) (10/24 Sale); Laudus US Discovery Inv. (RDIVX) (10/24 Sale).

20. Part VII, line 22 - UMB Scout Worldwide Mutual Fund should not have been listed on the prevously filed 2007 Report as it was sold on 12/1/06, as shown on the 2006 Annual and Amended Reports. The 4/9/07 Sale under that listing should have appeared as a Partial Sale under the UMB Scout International Fund, as is shown in this Amended Report.

21. Part VII, line 39 - The Vanguard Inter Term Tax Exempt Fund (VWITX) was identified as Vanguard 500 Index Fund on previous reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES ... ECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544